UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

       -v.-                             :        INDICTMENT

JOSE REYES,                             :        10 Cr.

   a/k/a "Jose Ronaldo Reyes,"
   a/k/a "Jose Benjamin Reyes,"
   a/k/a "Jose Chavez,"

              Defendant.       :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

From at least on or about August 27, 2009, in the Southern District of New York and elsewhere, JOSE REYES, a/k/a "Jose Ronaldo Reyes," a/k/a "Jose Benjamin Reyes," a/k/a "Jose Chavez," the defendant, being an alien, after having been removed from the United States on or about October 5, 2007, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 11, 2002, in County Court, County of Suffolk, State of New York, for sexual



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

abuse in the First Degree, a class D felony, in violation of New York Penal Law Section 130.65.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE REYES,
a/k/a "Jose Ronaldo Reyes,"
a/k/a "Jose Benjamin Reyes,"
a/k/a "Jose Chavez,"

Defendant.

---

INDICTMENT

10 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

*[Handwritten:]* RC 1/12/10

*[Handwritten:]* Indictment filed, case assigned to Judge Daniels; arrest warrant issued. F. Maas, USMJ